1

2

3

4                    UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6

7   RONALD DUTTON,                          Case No.  05-3107 CRB

8              Plaintiff,

9        v.                                 **ORDER TO DEFENDANT GENERAL
                                            ELECTRIC AND PLAINTIFFS
10  GENERAL ELECTRIC, et al.,               REGARDING STATUS OF
                                            SETTLEMENTS**
              Defendants.
11
                                            *This Order Relates To*:
12                                          Clemmer, 05-3107 CRB
                                            Alexander, 05-4945 CRB
13                                          Cody, 06-0843 CRB
                                            Cervenka, 06-6949 CRB
14                                          Huff, 08-4490 CRB
                                            Hulsen, 09-2012 CRB
15                                          Bullock, 09-3185 CRB
                                            Jackson, 09-3186 CRB
16                                          Jones, 09-3953 CRB
                                            Brown, 09-4681 CRB
17                                          Mack, 10- 1729 CRB
                                            Gilpin, 11-3564 CRB
18                                          Huff, 11-3772  CRB
                                            Shelly, 11-5597 CRB
19                                          Duenas, 12-0714 CRB
                                            Lowe, 12-5227 CRB
20                                          McMeans, 13-0937 CRB

21

22

23        Plaintiffs and General Electric have advised the Court that the above cases have settled;

24  however, as of the date of this Order dismissals of the cases or of the claims against General

25  Electric have not been filed.  Accordingly, on or before **July 22, 2016**, the parties shall file

26  dismissals in the above actions or, if no dismissal can be filed, a joint statement explaining the

27  status of the settlement in each still pending action.

28

United States District Court
Northern District of California

1

2    **IT IS SO ORDERED.**

3    Dated: July 1, 2016

4

5    _____

6    JACQUELINE SCOTT CORLEY
     United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California